STATE of Missouri, Respondent,

v.

Anthony L. CRAMER, Appellant.

No. ED 86623.

Missouri Court of Appeals,
Eastern District,
Division One.

July 5, 2006.

Irene Karns, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Victor J. Melenbrink, Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., CLIFFORD H. AHRENS, J., and PATRICIA L. COHEN, J.

## ORDER

PER CURIAM.

Defendant, Anthony L. Cramer, appeals from the judgment entered after a jury found him guilty of assault in the first degree. On appeal, defendant argues that the trial court plainly erred when it failed to declare a mistrial *sua sponte* during the testimony of a witness.

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 30.25(b).